UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amanda Marie Nelson,

    Plaintiff,

vs.

St. Catherine University and Quigley Law Firm, PLLC,

    Defendants.

Civil File No.:  0:23-cv-02222-SRN-TNL

**MOTION TO DISMISS**

Defendant Quigley Law Firm, PLLC, through its undersigned attorneys, hereby moves this Court pursuant to Rule 12(b)(6) for an Order granting Defendant's motion to dismiss.

This motion is based on Fed. R. Civ. P. 12(6)(6), memoranda of law, oral argument, and all records and proceedings in this matter, all of which are incorporated herein by reference.

**BASSFORD REMELE**
*A Professional Association*

Date:  September 8, 2023

By /*s/ Patrick D. Newman*_____
Patrick D. Newman (#395864)
Madeline M. Gustafson (#402040)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:   (612) 333-3000
Facsimile:    (612) 333-8829
pnewman@bassford.com
mgustafson@bassford.com

***Attorneys for Defendant Quigley Law Firm, PLLC***

4888-9850-4317, v. 1