UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Amanda Marie Nelson, | Case No. 0:23-cv-02222 (SRN/TNL) |
| Plaintiff, | |
| v. | **DEFENDANT ST. CATHERINE UNIVERSITY MOTION TO DISMISS** |
| St. Catherine University and Quigley Law Firm, PLLC, | |
| Defendants. | |

_____

## MOTION

PLEASE TAKE NOTICE that Defendant St. Catherine University moves the Court for an Order of Dismissal under Federal Rule of Civil Procedure 12(b)(1) of Plaintiff's claimed violation of the bankruptcy automatic stay for lack of subject-matter jurisdiction, and dismiss Plaintiff's alleged violation of the invasion of privacy claim.

MEIER, KENNEDY & QUINN, CHTD.

Dated: September 8, 2023

s/ John C. Gunderson
Thomas B. Wieser, #122841
John C. Gunderson, #210833
Suite 2200, Town Square Tower
445 Minnesota Street
St. Paul, Minnesota 55101-2137
Telephone: (651) 228-1911
Fax: (651) 223-5483
TWieser@MKQLaw.com
JGunderson@MKQLaw.com

*Attorneys for Defendant St. Catherine University*