UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-cv-2222 SRN/TNL

| | |
|---|---|
| AMANDA NELSON,<br><br>          Plaintiff,<br><br>v.<br><br>ST. CATHERINE UNIVERSITY AND QUIGLEY LAW FIRM PLLC,<br><br>          Defendants. | **STIPULATION FOR MODIFICATION OF BRIEFING SCHEDULE ON PLAINTIFF'S SUPPLEMENTAL RESPONSE** |

Plaintiff Amanda Nelson ("Plaintiff") and Defendant Quigley Law Firm PLLC ("Defendant Quigley"), the ("Parties"), by and through counsel, hereby stipulate as follows:

WHEREAS, Defendants filed Motions to Dismiss Plaintiff's Amended Complaint [*Dkt. Nos. 28 and 32*].

WHEREAS, after the hearing on the Motions to Dismiss the Court requested additional briefing from Defendant Quigley Law Firm PLLC.

WHEREAS, Defendant Quigley responded and filed a Supplemental Brief on January 16, 2024. [Dkt. Nos. 50 and 51].

WHEREAS, Plaintiff had requested, and the Court granted that request, until January 26, 2024, to file a response to Defendant Quigley's Supplemental Brief.

WHEREAS, due to Plaintiff's counsel being out of the office due to illness Plaintiff seeks modification of the briefing schedule for the Response to Defendant Quigley's Supplemental Brief in Support of its Motion to Dismiss allowing for her response to be filed on or before February 9, 2024;

WHEREAS, Defendant Quigley and its counsel are amenable to Plaintiff's proposed modification to the briefing schedule;

NOW THEREFORE, in light of the above-referenced facts, the Parties submit that good cause exists to extend the briefing schedule for Plaintiff to Respond to Defendant Quigley's Supplemental Brief in Support of Its Motion to Dismiss. They therefore stipulate and respectfully request that the Court enter an Order providing as follows:

1. Plaintiff shall file its response to Defendant Quigley's Supplemental Brief on or before February 9, 2024.

IT IS SO STIPULATED.

Respectfully submitted,

**CONSUMER JUSTICE CENTER, P.A.**

Date: January 25, 2024

By   */s/ Thomas J Lyons Jr*
Thomas J. Lyons, Jr. (MN #249646)
Carter B. Lyons (MN #0403655)
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:   (651) 770-9707
Facsimile:   (651) 704-0907
tommy@consumerjusticecenter.com
carter@consumerjusticecenter.com

*Attorneys for Plaintiff Amanda Nelson*

|  |  |
|---|---|
|  | **BASSFORD REMELE**<br>*A Professional Association* |
| Date: January 25, 2024 | By   /s/ *Patrick D. Newman*<br>Patrick D. Newman (MN #395864)<br>100 South 5th Street, Suite 1500<br>Minneapolis, MN 55402-1254<br>Telephone: (612) 333-3000<br>Facsimile: (612) 333-8829<br>pnewman@bassford.com<br><br>***Attorneys for Defendant Quigley Law Firm PLLC*** |