UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 23-cv-2222 SRN/TNL

AMANDA NELSON,

      Plaintiff,

v.

ST. CATHERINE UNIVERSITY AND QUIGLEY LAW FIRM PLLC,

      Defendants.

**ORDER FOR MODIFICATION OF BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSE TO DEFENDANT QUIGLEY'S SUPPLEMENTAL BRIEFING**

This matter came before the Court on the Parties' Stipulation Seeking Modification of Briefing Schedule (Dkt. No. 53). Based upon review of the files and for good cause shown,

**IT IS HEREBY ORDERED** that:

Plaintiff shall file her response to Defendant Quigley's Supplemental Brief on or before February 9, 2024.

Dated: January 26, 2024

   /s/ Susan Richard Nelson

SUSAN RICHARD NELSON
United States District Judge