## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Amanda Marie Nelson,<br><br>Plaintiff,<br><br>vs.<br><br>St. Catherine University and Quigley Law Firm, PLLC<br><br>Defendants. | Civil File No.: 23-cv-2222-SRN-TNL<br><br><br>**ORDER ON STIPULATION FOR LEAVE TO FILE AMENDED ANSWER, THIRD-PARTY COMPLAINT, AND CROSS CLAIM** |

Upon consideration of the Stipulation [ECF No. 89] for Leave to File Amended Answer, Third-Party Complaint, and Cross Claim entered into by the above-named parties (ECF #89) and all of the Court's files, records, and the proceedings herein,

**IT IS HEREBY ORDERED:** Pursuant to Rule 15.01 of the Minnesota Rules of Civil Procedure, Defendant Quigley Law Firm, PLLC ("QLF") is hereby granted leave to serve and file its Amended Answer, Third-Party Complaint, and Cross Claim in the form attached to the parties' stipulation, to include the addition of a third-party complaint against Walker & Walker Law Offices, PLLC and a cross claim against the University. QLF shall file the amended pleading within 5 days of entry of this Order granting leave to amend the complaint, and the University's deadline to respond to QLF's cross claim is stayed June 6, 2025.

**IT IS SO ORDERED.**

Date: February 10, 2025.              By: <u>*s/Tony N. Leung*</u>
                                          Honorable Tony N. Leung
                                          United States Magistrate Judge

                                          *Nelson v. St. Catherine University et al*
                                          *23-cv-2222 SRN/TNL*