## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Amanda Marie Nelson,

        Plaintiff,

vs.

St. Catherine University and Quigley Law Firm, PLLC

and

Quigley Law Firm, PLLC,

        Third-Party Plaintiff,

vs.

Walker & Walker Law Offices, PLLC,

        Third-Party Defendant,

and

Quigley Law Firm, PLLC,

        Cross Claimant

vs.

St. Catherine University,

        Cross Defendant.

Civil File No.:  23-cv-2222-SRN-TNL

**ORDER ON STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO MODIFY PRETRIAL SCHEDULING ORDER**

---

Upon consideration of the Stipulation to Extend Responsive Pleading Deadline and to Modify Pretrial Scheduling Order (Doc. No. 102) and all of the Court's files, records, and the proceedings herein, **IT IS HEREBY ORDERED:**

1.      Pursuant to the parties' stipulation, the deadline for third-party defendant Walker & Walker Law Office, PLLC to interpose a responsive pleading to third-party plaintiff Quigley Law Firm's third-party complaint is hereby extended to **June 6, 2025**.

2.      The Amended Pretrial Scheduling Order is modified as follows: third-party Quigley Law Firm's deadline to serve any affidavit of expert identification required by Minn. Stat. § 544.42, subd. 2(2) and subd. 4 upon Walker & Walker is **September 29, 2025**. All other deadlines and requirements set forth in the Amended Pretrial Order remain in full force and effect.

**IT IS SO ORDERED.**

Date: March 4, 2025.                    *s/Tony N. Leung*
                                        Hon. Tony N. Leung
                                        United States Magistrate Judge

2