UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**AMANDA MARIE NELSON**,   Civil File No.: 23-CV-2222 (SRN/TNL)

    Plaintiff,

v.   **ORDER**

**ST. CATHERINE UNIVERSITY AND QUIGLEY LAW FIRM, PLLC**

and

**QUIGLEY LAW FIRM, PLLC**,

    Third-Party Plaintiff,

v.

**WALKER & WALKER LAW OFFICES, PLLC**,

    Third-Party Defendant,

and

**QUIGLEY LAW FIRM, PLLC**,

    Cross Claimant

v.

**ST. CATHERINE UNIVERSITY**,

    Cross Defendant.

---

Based upon the Stipulation for Dismissal with Prejudice filed by and through the respective counsel for the Plaintiff, Amanda Marie Nelson ("Nelson"), defendant/cross defendant, St. Catherine University (the "University"), defendant/third-party plaintiff/cross claimant, Quigley Law Firm, PLLC ("QLF"), and third-party defendant, Walker & Walker Law Offices, PLLC ("Walker & Walker") (collectively, the "Parties") (Doc. No. 123), **IT IS HEREBY ORDERED** that the above-captioned action is hereby **DISMISSED with prejudice**, and without costs, disbursements, interest, or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Monday, September 15, 2025

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge